# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA | DOCKET NO: CR-10-339-17 | MAGIS. NO: |
| V.<br><br>DIEGO ALFONZO NAVARRETE BELTRAN,<br>also known as "LJ,"<br>also known as "Sebastian,"<br><br>DOB:    PDID: | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br><br>DIEGO ALFONZO NAVARRETE BELTRAN,<br>also known as "LJ,"<br>also known as "Sebastian,"<br><br>**FILED**<br>NOV 21 2014<br>Clerk, U.S. District & Bankruptcy<br>Courts for the District of Columbia<br><br>Republic of Colombia<br>Colombian Cedula Number: | |
| WARRANT ISSUED ON THE BASIS OF: **INDICTMENT** | DISTRICT OF ARREST | |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

Conspiracy to Commit Hostage Taking
Murder of a United States National Outside the United States; Aiding and Abetting and Causing an Act to be done
Hostage Taking, Aiding and Abetting and Causing an Act to be done
Using and Carrying a Firearm During a Crime of Violence; Aiding and Abetting and Causing an Act to be done
Conspiracy to Provide Material Support to Terrorists
Conspiracy to Provide Material Support or Resources to a Designated Foreign Terrorist Organization

**IN VIOLATION OF:** UNITED STATES CODE TITLE & SECTION:

18 U.S.C. § 1203(a), 18 U.S.C. §§ 2332(a)(1),2 , 18 U.S.C. §§ 1203(a), 2 , 18 U.S.C. §§ 924(c), 2 , 18 U.S.C § 2339A, 18 U.S.C. § 2339B

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY: Magistrate Judge John M. Facciola | SIGNATURE (JUDGE/MAGISTRATE JUDGE) Magistrate Judge John M. Facciola | DATE ISSUED: DEC 14 2010 |
| CLERK OF COURT: Angela D. Caesar | BY DEPUTY CLERK: Mark Coates | DATE: DEC 14 2010 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 12/15/10 | NAME AND TITLE OF ARRESTING OFFICER Matt Bongey | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED 11/21/14 | DUSM | |
| HIDTA CASE: Yes    No X | | OCDETF CASE: Yes    No X |