IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | : | Case No. 10-CR-00339-17 (RCL) |
| Plaintiff, | : | |
| v. | : | |
| **DIEGO ALFONZO NAVARRETE BELTRAN**, | : | |
| Defendant. | : | |

## NOTICE OF FILING

GOVERNMENT'S CLASSIFIED *IN CAMERA, EX PARTE* MEMORANDUM OF LAW AND MOTION FOR ORDER PURSUANT TO SECTION 4 OF THE CLASSIFIED INFORMATION PROCEDURES ACT, AND RULE 16(D)(1) AND 26.2 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE

Respectfully Submitted,

**VINCENT H. COHEN, JR.**
**ACTING UNITED STATES ATTORNEY**
D.C. Bar No. 471489

By:   */s/* DAVID P. CORA
Trial Attorney
Department of Justice
National Security Division
Counterterrorism Section
david.cora@usdoj .gov
Florida State Bar No. 471623
950 Pennsylvania Ave, N.W.
Washington, D.C. 20530
(202) 514-7259

Fernando Campoamor-Sanchez
U.S. ATTORNEY'S OFFICE
555 Fourth Street, NW
Washington, DC 20530
(202) 252-7698
Fax: (202) 252-7792
Email: fernando.campoamor-sanchez@usdoj.gov